In the United States District Court
For the Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>Respondent | ) ) ) | |
| | ) | Criminal No.: 3:09-CR-272 |
| vs. | ) ) | |
| Mark A. Ciavarella, Jr.<br>Movant | ) ) | |

FILED
SCRANTON
MAY 19 2022
PER
DEPUTY CLERK

**Mark A. Ciavarella's Emergency Motion For Compassionate Release Under 18 U.S.C. 3582(c)(1)(A)**

AND NOW comes Mark A. Ciavarella, Jr., pro se, hereinafter referred to as "Ciavarella," and hereby moves this Court to grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and in support thereof avers the following:

1. Ciavarella incorporates herein paragraphs 1 through 23 of his previously filed Emergency Motion for Compassionate Release as if same were set forth at length herein.

2. On October 4, 2020, the Third Circuit denied Ciavarella's request to issue a Certificate of Appealability.

3. On December 21, 2020, Ciavarella filed an Emergency Motion for Compassionate Release under 18 U.S.C. 3582(c)(1)(A).

4. On or about January 15, 2021, Judge Conner issued his order and opinion denying Ciavarella's Emergency Motion for Compassionate Release.

5. Ciavarella has served ten (10) plus years of his twenty-eight (28) year sentence with a projected release date of June 18, 2034.

6. On March 7, 2022, a formal request was made to David LeMaster, FCI Ashland Warden, requesting he direct the Director of the Federal Bureau of Prison to file on Ciavarella's behalf a Motion for Compassionate Release under 18 U.S.C. 3282(c)(1)(A) for "extraordinary and compelling" reasons. A copy of Ciavarella's request is attached hereto and made a part hereof.

7. In Ciavarella's request to the warden, he listed the reasons he was entitled to Compassionate Release under 18 U.S.C. 3282(c)(1)(A).

8. On March 15, 2022, the warden notified Ciavarella that he would not request the Director of the BOP submit a motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A) as amended by the First Step Act of 2018 pub.L.115-9, 391, 132 Stat 5194.

9. Ciavarella has exhausted his administrative remedies and his motion is ripe for consideration.

10. In March of 2022, inmates in Ciavarella's unit, who were being transferred, tested positive for Covid-19.

11. Except for the cell mates of the inmates who tested positive for Covid-19, no other unit inmates were tested for Covid-19 despite unit inmates being in close contact with the transferring inmates who tested positive for Covid-19.

12. The Covid-19 virus coupled with Ciavarella's co-morbidity factors of hypertension, A-fib, past history of bronchitis and pneumonia, hyperlipidemia, stage III chronic kidney disease, hypothyroidism, and age seventy-two (72) exacerbates his risk of severe illness should he contact the Covid-19 virus and gives rise to an "extraordinary and compelling" level such that release is warranted under 18 U.S.C. § 3582(c)(1)(A)(i).

13. On July 28, 2020, the Department of Justice (DOJ) issued a directive that the Government shall concede that in inmate who has one of the risk factors listed by the Center for Disease Control and Prevention (CDC) for greater risk of severe illness from Covid-19 presents an "extraordinary and compelling reason" warranting eligibility for a compassionate release, even if those risk factors in ordinary, non-Covid-19 times would not.

14. The combination of Ciavarella's medical conditions with the risk Ciavarella faces due to the Covid-19 Pandemic rise to an "extraordinary and compelling level" pursuant to the non-terminal guideline option such that release is warranted under 18 U.S.C. § 3582(c)(1)(A)(i).

15. 18 U.S.C. § 3553 sentencing factors coupled with compelling and extraordinary circumstances facing Ciavarella permits this Court to reduce Ciavarella's sentence and impose conditions of supervision the Court finds appropriate.

16. Ciavarella respectfully requests the Court to consider this motion on an expedited basis due to his co-morbidity factors and the Covid-19 Pandemic and the risk they pose to Ciavarella's life.

WHEREFORE, Ciavarella requests this Honorable Court to grant his Motion for Compassionate Release and reduce his term of imprisonment to time-served and impose any terms of probation or supervised released, with or without conditions, that does not exceed the un-served portion of the original term of imprisonment the Court deems necessary.

Respectfully submitted,

Mark A Ciavarella, Jr.

Mark A. Ciavarella, Jr., Pro Se
#15008-067
FCI Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

## **Affidavit**

I, the undersigned, do hereby affirm under the penalty of perjury, that the averments, reports, and other entries made in this motion are, to the best of my knowledge, information and belief, true and correct.

I understand that false statements herein are subject to the penalties of 28 U.S.C. 1746 relating to unsworn falsification.

May 13, 2022
Date

Mark A Ciavarella, Jr.
Mark A. Ciavarella, Jr.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) David LeMaster, Warden | DATE: 3-7-22 |
| FROM: Mark Ciavarella | REGISTER NO.: 15008-067 |
| WORK ASSIGNMENT: Compound 2 AM Orderly | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am formally requesting you to direct the Director of the Federal BOP To file on my behalf a motion for compassionate release pursuant to USC. 3582(c)(1)(A) for "Extraordinary and Compelling" reasons, to wit, the continuing spread of Covid 19 within the Ashland FCI and Federal Prison System together with my co-~~most~~ morbidity factors of hypertension, A-Fib, past history of Bronchitis, pneumonia, hyperlipimedia, Chronic kidney disease, hypothroidism, and age of 72

In April of 2020, pursuant to my Case Manager's directive a release plan was submitted. This plan continues to be the plan I will implement upon release.

(Do not write below this line) Submitted March 7, 2022

DISPOSITION:

See attached.

| Signature Staff Member | Date |
|---|---|
| [signature], RIS COORD. | 3-15-22 |

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER **SECTION 6**

Institution Response - Inmate Request to Staff Member
Federal Correctional Institution
Ashland, Kentucky 41105

Inmate Name: CIAVARELLA, Mark A JR.
Register Number: 15008-067
Work Assignment: COMP 1 AM
Unit: E

This is in response to your Inmate Request to Staff Member, dated March 7 2022, in which you requested a reduction in sentence (RIS) based on concerns about COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19, does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

David LeMaster, Warden

3-15-2022
Date

May 13, 2022

Chief Clerk Cathy Dolinish
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
235 N Washington Avenue
Scranton, PA 18501-1148

Re: USA v Mark A. Ciavarella, Jr.
Criminal No. 3:09-CR-272

Dear Clerk,

Enclosed herewith, please find an Emergency Motion to File for Compassionate Release.

Please file this motion to the above-captioned criminal case number and serve a copy upon the United States Attorney's Office for the Middle District of Pennsylvania and the Court.

Sincerely,

Mark A Ciavarella, Jr.

Mark A. Ciavarella, Jr. 15008-067
Ashland Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

Mark Ciavarella 15008-067
FCI Ashland
Federal Correctional Inst
PO Box 6001
Ashland KY 41105

UNITED STATES POSTAL SERVICE
1000
18501
U.S. POSTAGE PAID
FCM LG ENV
PLAINS, PA
18705
MAY 14, 22
AMOUNT
$2.36
R2305K134343-44

Chief Clerk Cathy Dolinsh
US Dist Crt
Middle dist of PA
P.O. Box 1148
235 N. Washington Ave
Scranton, PA 18501-1148

RECEIVED
SCRANTON
MAY 19 2022
PER Amo
DEPUTY CLERK