OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

PETER J. WELSH
CLERK OF COURT

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920
WILLIAMSPORT:
(570) 323-6380

May 23, 2022

George Hamilton K-54885
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

RE: Copies in 3:09-CR-272

Dear Mr Hamilton,

We are in receipt of your request for copies of documents in the Mark Ciavarella Case. Please be advised that we have received your request for the following documents: doc 1, 134, 166, 179, 201 and 259. The total number of pages for these documents is 288. Therefore, the cost to purchase these documents is $28.80. Please make the check or Money order out to Clerk, US District Court.

When we receive your check or money order, we will then send you your copies.

Sincerely,
Peter J. Welsh, Clerk of Court

By: [signature]
Chris Lavelle, Data Quality Analyst