February 13, 2025

Chief Deputy Clerk Cathy Dolinish
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
235 N Washington Avenue
Scranton, PA 18501-1148

Re: Mark Ciavarella 15008-067
Criminal No. 3:09-CR-272

Dear Chief Clerk,

Please be advised I am no longer an imnate at the Ashland Federal Correctional Institution. My current address is now Butner Federal Prison Camp, PO Box 1000, NC 27509.

FILED
SCRANTON
FEB 21 2025
PER DJ
DEPUTY CLERK

Sincerely,

Mark A Ciavarella, Jr.

Mark A. Ciavarella, Jr. 15008-067
Butner Federal Prison Camp
PO Box 1000
NC 27509

Mark Ciavarella 15208-067
Butner Fed Prison Camp
PO Box 1000
NC 27509

LEHIGH VALLEY PA 180
19 FEB 2025 PM 3



RECEIVED
SCRANTON
FEB 2 1 2025
PER ________ DEPUTY CLERK

Chief Deputy Clerk Cathy Dolinish
US District Court
Middle Dist of PA
PO Box 1148
235 N. Washington Ave
Scranton, PA 18501-1148

USMS X-RAY

18501-500199